| | |
|---|---|
| District Court, Douglas County, Colorado<br>Court Address: 4000 Justice Way Ste. 2009<br>Castle Rock CO 80109 | EFILED Document<br>CO Douglas County District Court 18th JD<br>Filing Date: Dec 30 2011 4:21PM MST<br>Filing ID: 41644391<br>Review Clerk: georgia courtright |
| **Plaintiff:**<br><br>**Jack Permison**<br><br>vs.<br><br>**Defendant:**<br><br>**Discover Bank** | **COURT USE ONLY**<br><br>Case Number:<br><br>Division: |
| Tracey N. Tiedman #22326<br>WEISBERG & MEYERS, LLC<br>5363 S. Holland St.<br>Littleton, CO 80123<br>888-595-9111 ext. 215<br>866-565-1327 facsimile<br>ttiedman@AttorneysforConsumers.com<br>Attorney for Plaintiff | |

## COMPLAINT AND JURY DEMAND

### NATURE OF ACTION

1. This is an action brought under the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

### JURISDICTION

2. This Court has jurisdiction under 47 U.S.C. § 227(b)(3).

### PARTIES

3. Plaintiff, JACK PERMISON ("Plaintiff"), is a natural person who at all relevant times resided in the State of Colorado, County of Douglas, and City of Parker.



4. Defendant, DISCOVER BANK ("Defendant") is a Delaware corporation with its principal place of business in Greenwood, Delaware.

## FACTUAL ALLEGATIONS

5. On April 29, 2010, Defendant placed a telephone call to Plaintiff's cellular telephone.

6. During the April 29, 2010 telephone conversation, Plaintiff demanded Defendant cease all calls to Plaintiff cellular phone, informing Defendant to contact Plaintiff only through the U.S. Mail, at which time Plaintiff's current address was confirmed.

7. Despite Plaintiff's demand to cease all telephonic communications, Defendant placed eighty-three (83) non-emergency telephone calls to Plaintiff cellular phone, using an automatic dialing system, from April 29, 2010 through April 1, 2011. (See Plaintiff's cellular telephone call logs, attached hereto as Exhibit "A").

8. On April 1, 2011, Defendant placed a non-emergency telephone call to Plaintiff's cellular phone, using an automatic dialing system, and at such time, had a conversation with Plaintiff, in relevant part, as follows:

| | |
|---|---|
| **Plaintiff**: | Do you have access to my, uh, records? |
| **Defendant**: | The notes on the account? |
| **Plaintiff**: | Yes. |
| **Defendant**: | Yes I do. |
| **Plaintiff**: | Do you show a call back in April, uh, hang on … uh it looks like April 29th of last year? |
| **Defendant**: | '09? |
| **Plaintiff**: | No 2010. |

2

**Defendant:** Yes I do show that, well they have it noted in May, um, was there a complaint registered?

**Plaintiff:** Uh, what do you have listed in the notes?

**Defendant:** Well there was a complaint regarding the collection calls.

**Plaintiff:** Ok, and what is the complaint?

**Defendant:** There was a complaint regarding the collection calls, that's the complaint.

**Plaintiff:** That's all that is put in there?

**Defendant:** Correct.

**Plaintiff:** Ok, at that time I told you guys that the number you are calling is my cell phone and I asked you to stop contacting my cell phone. Um, and I was told that you would remove my cell phone from the call list um but now you're calling again and I looks like you're calling 5 to 6 times a day.

**Defendant:** Ok.

**Plaintiff:** So I'm asking you to stop contacting me on my cell phone. If you guys would like speak with me you can do so through U.S. mail. But I only have my cell phone and you guys have been calling me multiple times a day.

|  |  |
|---|---|
| **Defendant:** | OK, I have gone ahead and block, noted that it is a cell phone. There is another number on here ending 0892, is that another number for you or is that just an old number? |
| **Plaintiff:** | That's an old number. The only thing I have is my cell phone. |
| **Defendant:** | Alright let me remove it. The address that we have is the address on Lincoln Ave #117. |
| **Plaintiff:** | That's correct. |
| **Defendant:** | Ok… |

9. On August 10, 2011, Plaintiff sent Defendant a written Notice of Intent to Arbitrate, in which Plaintiff informs Defendant that he has selected JAMS to arbitrate the matter per the Discover Card member agreement. (See Plaintiff's August 10, 2011 Notice of Intent to Arbitrate, attached hereto as Exhibit "B")

10. On August 10, 2011, Plaintiff filed his Demand for Arbitration before JAMS, praying for relief for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227.

11. On August 18, 2011, Defendant responded to Plaintiff's August 10, 2011 letter, with a written response to Plaintiff stating that per the credit card agreement "arbitration shall be conducted, at the option of whoever files the arbitration claim, by either American Arbitration Associations (AAA) of the National Arbitration Forum (NAF) in accordance with their procedures in effect when the claim is filed… No other arbitration forum will be permitted, except as agreed to pursuant to either the Changes to this Agreement section or a writing signed

4

by both parties." (See Defendant's August 18, 2011 Correspondence, attached hereto as Exhibit "C").

12. Through its August 18, 2011 correspondence, Defendant refused to arbitrate pursuant to Plaintiff's Demand.

13. Upon information and belief, Defendant willfully and knowingly utilized an automatic telephone dialing system to make and/or place multiple additional telephone calls, in addition to those enumerated herein, to Plaintiff's cellular telephone number.

## COUNT I
## VIOLATION OF U.S.C. § 227(b)(1)(A)(iii)

14. Plaintiff repeats and re-alleges each and every allegation contained above.

15. 47 U.S.C. § 227(b)(1)(A)(iii) provides:

> (b) Restrictions on use of automated telephone equipment
> (1) Prohibitions
>
> It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
>
> (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
>
> * * *
>
> (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

16. Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) by willfully and knowingly utilizing an automatic telephone dialing system to make and/or place a telephone call to Plaintiff's cellular telephone number.

5

17.     Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) by placing non-emergency calls to Plaintiff's cellular telephone, without the prior express consent of Plaintiff, using an automatic telephone dialing system and/or an artificial or pre-recorded voice.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii);

b) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(b)(3)(B), in the amount of $500.00 per violation;

c) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(b)(3)(C), in the amount of $1,500.00 per violation;

d) Awarding Plaintiff actual damages, pursuant to 47 U.S.C. § 227(b)(3)(B);

e) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

f) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law.

### TRIAL BY JURY

Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 30th day of December, 2011.

/s/Tracey N. Tiedman
Tracey N. Tiedman #22326
WEISBERG & MEYERS, LLC
5363 S. Holland St.
Littleton, CO 80123
888-595-9111 ext. 215
866-565-1327 facsimile
ttiedman@AttorneysforConsumers.com
Attorney for Plaintiff

# Exhibit "A"

EFILED Document
CO Douglas County District Court 18th JD
Filing Date: Dec 30 2011  4:21PM MST
Filing ID: 41644391
Review Clerk: georgia courtright

| IBR | CALLED_NBR | DIALED_DIGITS | M_R_# | START_DATE | END_DATE | DURATION (SEC) | REPOLL_# | | |
|---|---|---|---|---|---|---|---|---|---|
| 943 | (703) 880-8605 | | Inbound | 29-Apr-10 | 5:55:28 PM | 5 | | 29-Apr | 2 |
| 943 | (703) 880-8605 | | Inbound | 29-Apr-10 | 5:55:58 PM | 27 | | 13-Jan | 1 |
| 888 | (703) 880-8605 | | Inbound | 13-Jan-11 | 7:57:48 PM | 39 | | 17-Jan | 2 |
| 888 | (703) 880-8605 | | Inbound | 17-Jan-11 | 3:56:46 PM | 95 | | 7-Feb | 1 |
| 888 | (703) 880-8605 | | Inbound | 17-Jan-11 | 4:09:00 PM | 47 | | 23-Feb | 1 |
| 888 | (703) 880-8605 | | Inbound | 7-Feb-11 | 8:13:57 AM | 26 | | 8-Mar | 2 |
| 888 | (703) 880-8605 | | Inbound | 23-Feb-11 | 5:45:47 AM | 30 | | 9-Mar | 2 |
| 888 | (703) 880-8605 | | Inbound | 8-Mar-11 | 6:07:16 PM | 528 | | 11-Mar | 2 |
| 888 | (703) 880-8605 | | Inbound | 8-Mar-11 | 6:17:44 PM | 70 | | 12-Mar | 2 |
| 888 | (703) 880-8605 | | Inbound | 9-Mar-11 | 8:20:24 AM | 40 | | 14-Mar | 3 |
| 888 | (703) 880-8605 | | Inbound | 9-Mar-11 | 9:59:16 AM | 9 | | 15-Mar | 1 |
| 888 | (703) 880-8605 | | Inbound | 11-Mar-11 | 9:24:32 AM | 4 | | 16-Mar | 1 |
| 888 | (703) 880-8605 | | Inbound | 11-Mar-11 | 12:17:28 PM | 4 | | 17-Mar | 1 |
| 888 | (703) 880-8605 | | Inbound | 12-Mar-11 | 8:21:45 AM | 6 | | 18-Mar | 2 |
| 995 | (703) 880-8605 | | Inbound | 12-Mar-11 | 10:12:10 AM | 5 | | 19-Mar | 6 |
| 995 | (703) 880-8605 | | Inbound | 14-Mar-11 | 9:27:56 AM | 5 | | 21-Mar | 4 |
| 888 | (703) 880-8605 | | Inbound | 14-Mar-11 | 4:43:27 PM | 117 | | 22-Mar | 2 |
| 995 | (703) 880-8605 | | Inbound | 14-Mar-11 | 4:46:29 PM | 5 | | 23-Mar | 3 |
| 995 | (703) 880-8605 | | Inbound | 15-Mar-11 | 10:23:52 AM | 5 | | 24-Mar | 4 |
| 995 | (703) 880-8605 | | Inbound | 16-Mar-11 | 10:15:05 AM | 5 | | 25-Mar | 3 |
| 995 | (703) 880-8605 | | Inbound | 17-Mar-11 | 9:11:16 AM | 5 | | 26-Mar | 8 |
| 995 | (703) 880-8605 | | Inbound | 18-Mar-11 | 9:48:42 AM | 5 | | 28-Mar | 8 |
| 995 | (703) 880-8605 | | Inbound | 18-Mar-11 | 4:54:47 PM | 5 | | 29-Mar | 6 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/19/11 8:16:03 | 3/19/11 8:16:28 | 25 | 32 | 30-Mar | 8 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/19/11 10:16:34 | 3/19/11 10:16:40 | 6 | 107 | 31-Mar | 6 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/19/11 10:21:38 | 3/19/11 10:22:03 | 25 | 32 | 1-Apr | 2 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/19/11 11:50:34 | 3/19/11 11:50:59 | 25 | 32 | | |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/19/11 12:22:11 | 3/19/11 12:22:17 | 6 | 107 | Total | 83 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/19/11 13:51:06 | 3/19/11 13:51:12 | 6 | 107 | | |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/21/11 9:10:38 | 3/21/11 9:11:03 | 25 | 32 | | |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/21/11 11:11:06 | 3/21/11 11:11:11 | 5 | 107 | | |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/21/11 16:40:55 | 3/21/11 16:41:20 | 25 | 32 | | |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/21/11 18:41:24 | 3/21/11 18:41:29 | 5 | 107 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/22/11 9:30:56 | 3/22/11 9:31:21 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/22/11 11:31:25 | 3/22/11 11:31:31 | 6 | 107 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/23/11 11:27:27 | 3/23/11 11:27:33 | 6 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/23/11 18:25:31 | 3/23/11 18:25:56 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/23/11 20:26:00 | 3/23/11 20:26:19 | 19 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/24/11 8:32:01 | 3/24/11 8:32:27 | 26 | 32 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/24/11 10:03:50 | 3/24/11 10:04:15 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/24/11 10:32:30 | 3/24/11 10:32:36 | 6 | 107 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/24/11 12:04:19 | 3/24/11 12:04:25 | 6 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/25/11 7:38:55 | 3/25/11 7:39:20 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/25/11 9:39:25 | 3/25/11 9:39:30 | 5 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/26/11 8:11:10 | 3/26/11 8:11:35 | 25 | 32 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/26/11 9:25:02 | 3/26/11 9:25:27 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/26/11 10:11:40 | 3/26/11 10:11:46 | 6 | 107 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/26/11 10:30:52 | 3/26/11 10:31:17 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/26/11 11:25:34 | 3/26/11 11:25:40 | 6 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/26/11 11:39:11 | 3/26/11 11:39:36 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/26/11 12:31:22 | 3/26/11 12:31:27 | 5 | 107 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/26/11 13:39:42 | 3/26/11 13:39:48 | 6 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/28/11 8:41:26 | 3/28/11 8:41:51 | 25 | 32 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/28/11 10:02:45 | 3/28/11 10:03:10 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/28/11 10:41:52 | 3/28/11 10:41:57 | 5 | 107 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/28/11 12:03:12 | 3/28/11 12:03:18 | 6 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/28/11 16:57:33 | 3/28/11 16:57:58 | 25 | 32 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/28/11 18:03:51 | 3/28/11 18:04:16 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/28/11 18:58:00 | 3/28/11 18:58:05 | 5 | 107 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/28/11 20:04:18 | 3/28/11 20:04:23 | 5 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/29/11 8:37:10 | 3/29/11 8:37:35 | 25 | 32 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/29/11 10:22:21 | 3/29/11 10:22:46 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/29/11 10:37:37 | 3/29/11 10:37:43 | 6 | 107 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/29/11 12:22:50 | 3/29/11 12:22:55 | 5 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/29/11 18:55:25 | 3/29/11 18:55:50 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/29/11 20:55:53 | 3/29/11 20:55:58 | 5 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/30/11 7:37:04 | 3/30/11 7:37:29 | 25 | 32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/30/11 9:37:32 | 3/30/11 9:37:38 | 6 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/30/11 9:39:00 | 3/30/11 9:39:25 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/30/11 11:39:29 | 3/30/11 11:39:35 | 6 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/30/11 17:07:40 | 3/30/11 17:08:05 | 25 | 32 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/30/11 18:48:13 | 3/30/11 18:48:15 | 2 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/30/11 19:08:10 | 3/30/11 19:08:16 | 6 | 107 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/30/11 20:48:40 | 3/30/11 20:48:45 | 5 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/31/11 9:20:33 | 3/31/11 9:20:58 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/31/11 11:21:03 | 3/31/11 11:21:09 | 6 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/31/11 16:13:50 | 3/31/11 16:14:15 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/31/11 18:14:20 | 3/31/11 18:14:26 | 6 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/31/11 18:39:09 | 3/31/11 18:39:34 | 25 | 32 |
| 995 | (11703) 880-8605 | (703) 880-8605 | Routed_Call | 3/31/11 20:39:39 | 3/31/11 20:39:45 | 6 | 107 |
| 995 | (703) 880-8605 | (703) 880-8605 | Inbound | 4/1/11 8:10:39 | 4/1/11 8:17:02 | 383 | 32 |
| 995 | (720) 256-9164 | (720) 256-9164 | Routed_Call | 4/1/11 10:10:42 | 4/1/11 10:17:08 | 386 | 107 |
| 888 | (703) 880-8605 | (703) 880-8605 | Inbound | 3/25/11 14:41:50 | 3/25/11 14:41:52 | 2 | 107 |