

| GRANTED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *Richard B. Caschette*<br>Richard B. Caschette<br>**District Court Judge**<br>DATE OF ORDER INDICATED ON ATTACHMENT |
|---|---|---|

| DISTRICT COURT, DOUGLAS COUNTY, COLORADO<br>Court Address:<br>4000 Justice Way, Ste. 2009<br>Castle Rock, CO 80109 | EFILED Document<br>CO Douglas County District Court 18th JD<br>Filing Date: Jan 31 2012 1:04PM MST<br>Filing ID: 42234324<br>Review Clerk: N/A |
|---|---|
| **Plaintiff:**<br>JACK PERMISON | |
| **Defendant:**<br>DISCOVER BANK | ▲ **COURT USE ONLY** ▲ |
| Attorneys for Defendant:<br>John G. Nelson, Reg. # 19907<br>Law Office of John G. Nelson<br>1624 Market Street, Ste. 202<br>Denver, CO 80202 | Case No.: 11CV3068<br><br>Division: |
| **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSE** | |

  Defendant, Discover Bank ("Discover"), through undersigned counsel, hereby moves for a fourteen-day extension of time, through Monday, February 13, 2012, within which to file its answer or other response to Plaintiff's Complaint in the above-captioned case, and as grounds therefore, states as follows:

  1. <u>Consultation</u>.  Counsel for Discover (John G. Nelson) consulted with counsel for Plaintiff (Tracey N. Tiedman), who stated that she had no opposition to the relief requested in this Motion.

  2. Discover's answer or other response in this case currently is due Monday, January 30, 2011.

  3. Counsel for Discover faces significant difficulty in meeting this deadline.  The Summons and Complaint in this case were served on or around January 10, 2012.  After service, these documents had to be forwarded to Discover's office in New Castle, Delaware, and from there to in-house counsel in Riverwoods, Illinois.  Discover's in-house attorney then contacted the undersigned to represent Discover.

Def. Ex. "F"

Discover acted diligently throughout these events. However, as is typical for large entities, this process inevitably took time to complete. As a result, the undersigned counsel did not receive a copy of the Complaint until late in the afternoon on Friday, January 27, 2012.

4. No previous extensions of time have been sought in this matter. A decision to grant this Motion will advance the cause of justice by enabling Discover to sort through the issues and respond in the way that will move the case forward as economically and efficiently as possible.

WHEREFORE, Discover respectfully moves for a fourteen-day extension of time, through Monday, February 13, 2012, within which to file its answer or other response to Plaintiff's Complaint in the above-captioned case.

Respectfully submitted this 30th day of January, 2012.

LAW OFFICES OF JOHN G. NELSON

By: /s/ John G. Nelson
_____
John G. Nelson

ATTORNEYS FOR DEFENDANT

## Certificate of Service

I certify that the foregoing document was served this 30th day of January, 2012 by sending a true and accurate copy of the same to the following persons via LexisNexis:

Tracey N. Tiedman, Esq.
Weisberg & Meyers LLC
5363 S. Holland Street
Littleton, CO 80123

/s/ John G. Nelson
_____

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Douglas County District Court 18th JD |
| **Judge:** | Richard B Caschette |
| **Current Date:** | Jan 31, 2012 |
| **Case Number:** | 2011CV3068 |
| **Case Name:** | PERMISION, JACK vs. DISCOVER BANK |
| **Court Authorizer:** | Richard B Caschette |

/s/ **Judge Richard B Caschette**