IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00283-MSK

JACK PERMISON,

    Plaintiff,

v.

DISCOVER BANK,

    Defendant.
_____

**ANSWER AND AFFIRMATIVE DEFENSES**
_____

Defendant, Discover Bank ("Discover"), through undersigned counsel, hereby answers the Complaint and Jury Demand ("Complaint") filed by Plaintiff, Jack Permison, as follows:

1. Paragraph 1 of the Complaint sets forth legal conclusions, not factual allegations. To the extent this Paragraph may be deemed to incorporate factual averments, Discover hereby denies the same.

2. Paragraph 2 of the Complaint sets forth legal conclusions, not factual allegations. To the extent this Paragraph may be deemed to incorporate factual averments, Discover hereby denies the same.

3. Discover lacks sufficient information to reach a conclusion as to the truth or falsity of the allegations set forth in Paragraph 3 of the Complaint, and, therefore, denies the same.

4.  Discover admits the allegations contained in Paragraph 4 of the Complaint.

5.  Discover lacks sufficient information to reach a conclusion as to the truth or falsity of the allegations set forth in Paragraph 5 of the Complaint, and, therefore, denies the same.

6.  Discover lacks sufficient information to reach a conclusion as to the truth or falsity of the allegations set forth in Paragraph 6 of the Complaint, and, therefore, denies the same.

7.  Discover lacks sufficient information to reach a conclusion as to the truth or falsity of the allegations set forth in Paragraph 7 of the Complaint, and, therefore, denies the same.

8.  Discover lacks sufficient information to reach a conclusion as to the truth or falsity of the allegations set forth in Paragraph 8 of the Complaint, and, therefore, denies the same.

9.  With regard to the allegations set forth in Paragraph 9 of the Complaint, Discover has not received a copy of Exhibit "B" and therefore denies the allegations set forth in this Paragraph.

10. Discover lacks sufficient information to reach a conclusion as to the truth or falsity of the allegations set forth in Paragraph 10 of the Complaint, and, therefore, denies the same.

11. With regard to the allegations set forth in Paragraph 11 of the Complaint, Discover admits that a document identified as Exhibit "C" is attach to the Complaint and that it contains the referenced language.

12. With regard to the allegations set forth in Paragraph 12 of the Complaint, Discover admits that it declined to arbitrate except in accordance with the parties' written arbitration agreement. To the extent this Paragraph may be deemed to incorporate any other allegations, Discover denies the same.

13. Paragraph 13 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent this Paragraph may be deemed to incorporate factual allegations, Discover denies the same.

14. Paragraph 14 of the Complaint merely incorporates previous allegations and requires no separate response.

15. Paragraph 15 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent this Paragraph may be deemed to incorporate factual allegations, Discover denies the same.

16. Paragraph 16 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent this Paragraph may be deemed to incorporate factual allegations, Discover denies the same.

17. Paragraph 17 of the Complaint sets forth a legal conclusion to which no response is necessary. To the extent this Paragraph may be deemed to incorporate factual allegations, Discover denies the same.

18. Discover denies all allegations in Plaintiff's Complaint except to the extent expressly admitted otherwise herein.

## AFFIRMATIVE DEFENSES

Discover asserts the following affirmative defenses to Plaintiff's claims against Discover:

1. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

3. Plaintiff's claims against Discover are barred or his right to recover is reduced under the doctrine of waiver.

4. Mr. Permison's claims against Discover are barred or his right to recover is reduced under the doctrine of estoppel.

5. Plaintiff's claims against Discover are barred or his right to recover is reduced under the doctrine of laches.

6. Plaintiff failed to bring suit against Discover within the time permitted under the applicable statutes of limitation.

7. Plaintiff failed to mitigate his damages.

8. Plaintiff's claims against Discover are barred or his right to recover is reduced due to contributory negligence.

9. Plaintiff's claims against Discover are barred or his right to recover is reduced because he failed to notify Discover that the telephone number at issue in this case was his cell phone.

10. Discover reserves the right to advance any additional affirmative defenses that may be identified during the process of disclosure and discovery.

WHEREFORE, Discover requests that Plaintiff's claims against Discover be dismissed, that Plaintiff take nothing against Discover, that Discover be awarded its costs and attorneys' fees incurred in defending this suit, and that Discover be awarded such further relief as may be just under the circumstances.

Respectfully submitted this 13th day of February, 2012.

LAW OFFICE OF JOHN G. NELSON

By: */s/ John G. Nelson*
_____
John G. Nelson

ATTORNEYS FOR DEFENDANT

**Certificate of Service**

  I certify that the foregoing document was served this 13th day of February, 2012 by electronic service on the following persons:

  Tracey N. Tiedman, Esq.
  Weisberg & Meyers LLC
  5363 S. Holland Street
  Littleton, CO  80123

              */s/ John G. Nelson*
              _____