IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00283-MSK-MEH

JACK PERMISON,

    Plaintiff,

v.

DISCOVER BANK,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 9, 2012.**

    Defendant's Motion for Leave to Amend Pleadings [filed May 7, 2012; docket #17] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The proposed Answer, Affirmative Defenses, and Counterclaim [docket #16] is **stricken**. The Court reminds the parties that it "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel." D.C. Colo. LCivR 7.1A (emphasis added). Because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003).