IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00283-MSK-MEH

JACK PERMISON,

    Plaintiff,

v.

DISCOVER BANK,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2012.**

    This matter comes before the Court *sua sponte*. At the request of the Parties, the Early Neutral Evaluation scheduled in this case for June 15, 2012, is hereby **vacated**. Counsel shall contact my Chambers at (303)844-4507 when they have confirmed an alternative date with their clients.