## MINUTE ENTRY FOR EARLY NEUTRAL EVALUATION

TO:         Docketing

FROM:   Magistrate Judge Michael E. Hegarty

DATE:   July 30, 2012

RE:         *Permison v. Discovery Bank*, **12-cv-00283-MSK-MEH**

An Early Neutral Evaluation (ENE) was conducted by the Magistrate Judge identified above on July 27, 2012.

Those present at the ENE included:

 __X__   Counsel for the Plaintiff _X_ in person/_X_ by telephone.

 __X__   The Plaintiff ___ in person/_X_ by telephone.

 __X__   Counsel for the Defendant _X_ in person/_X_ by telephone.

 _____   The Defendant's representatives ___ in person/___ by telephone.

 _____   Insurance representative for ___ Plaintiff/___Defendant.

Evaluation, preparation and follow-up time involved: _3_ hours _45_ minutes.