## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## COURT FILE NO.: 1:12-cv-00283-MSK-MEH

Jack Permison,
    Plaintiff

v.

Discover Bank,
    Defendant

_____

## NOTICE OF SETTLEMENT
_____

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

                              **Respectfully submitted,**

**September 21, 2012**                **/s/ Craig J. Ehrlich**
                              **Craig J. Ehrlich**
                              **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on September 21, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court. Copy of the foregoing was served on counsel of record below via the court's CM/ECF system on this 21st day of September, 2012.

Christine M Garrison
Snell & Wilmer L.L.P.
1200 Seventeenth Street
Suite 1900
Denver CO 80202

By: s/Tremain Davis
    Tremain Davis