IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00283-MSK-MEH

JACK PERMISON,

    Plaintiff,

v.

DISCOVER BANK,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 21, 2012.**

    This matter comes before the Court *sua sponte*. In light of Plaintiff's Notice of Settlement [docket #47], the hearing scheduled in this case for September 24, 2012, is **vacated**. Defendant's Renewed Motion for Leave to Amend Pleadings [filed July 12, 2012; docket #26] and Plaintiff's Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 37 [filed August 20, 2012; docket #33] are **denied as moot**. The Unopposed Motion to Withdraw [filed September 18, 2012; docket #45] filed by attorney John G. Nelson is **granted**, and Mr. Nelson's representation of Defendant is hereby **terminated**. The parties shall file dismissal documents on or before **November 20, 2012**.